EDWIN E. PETTY, Respondent, *v.* FIDELITY UNION TRUST COMPANY et al., as Executors of EDWIN R. PETTY, Deceased, Appellants.

(Argued October 10, 1933; decided October 24, 1933.)

*H. Herbert Romanoff* and *Joseph M. McCloy* for appellants.

*Stephen Callaghan* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.